Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | DIONISIO NICHO DELAVEGA<br>T/N: DIONISIO GUADALUPE DELAVEGA |
| **Docket Number:** | 1:06CR00022-001 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/11/2006 |
| **Original Offense:** | 18 USC 2113(a), Bank Robbery<br>(CLASS C FELONY) |
| **Original Sentence:** | 63 months Bureau of Prisons; 36 months supervised release; $100 special assessment; $14,876 restitution; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Financial restrictions; 4) Drug/alcohol treatment; 5) Drug/alcohol testing; 6) No alcohol; 7) Mental health treatment; 8) Aftercare co-payment; 9) DNA collection. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/05/2011 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric V. Kersten      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>**05/03/2011:**</u> | Probation Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, alleging |

RE:     DELAVEGA, Dionisio
        Docket Number:  1:06CR00022-001 OWW
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER

use of opiates and marijuana. The Court modified conditions to include placement at Turning Point Residential Re-entry Center for a period of 60 days.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a Residential Re-entry Center, Turning Point, for a period up to 90 days; said placement shall commence as directed by the probation officer, pursuant to 18 USC 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  On May 3, 2011, the Court approved this officer's recommendation to house the offender at the RRC for a term of 60 days for his use of opiates and marijuana.  The offender is currently at the RRC and is expected to complete his term on July 4, 2011.  However, since the he has been at the RRC, he has been using the methadone program as a detox to heroin, and is now attempting to cease his use of methadone.  In order for the offender to withdraw from methadone safely, his weekly doses will be gradually reduced until he is no longer dependent.  Since the detox period of methadone can vary depending on the offender's motivation, this officer is recommending that he continue to reside at the RRC for an additional 90 days to allow the offender time to effectively detox from methadone.  While at Turning Point RRC, the offender can continue to participate in mental health and substance abuse counseling, as well as seek employment opportunities.  The offender will also be closely monitored during this period to determine if a more restrictive inpatient substance abuse treatment facility is needed to assist with his drug issues.

The offender is in agreement with this recommendation and he has signed a Waiver of Hearing to Modify Conditions of Supervised Release, and this form is attached for the Court's review.

**RE:**     **DELAVEGA, Dionisio**
        **Docket Number:  1:06CR00022-001 OWW**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN**
**Senior United States Probation Officer**
Telephone:  559-499-5729

**DATED:**     June 16, 2011
              Fresno, California
              mkd

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                         **HUBERT J. ALVAREZ**
                         **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )  Modification approved as recommended.

(  )  Modification not approved at this time.  Probation Officer to contact Court.

(  )  Other:

June 21, 2011                           /s/ OLIVER W. WANGER
**Date**                                         **Signature of Judicial Officer**

cc:     United States Probation
       Assistant United States Attorney
       Assistant Federal Defender
       Defendant
       Court File